NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JENNIFER DEVENNE,                          )
                                           )
        Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-1367
                                           )
WALTER DEVENNE,                            )
                                           )
        Appellee.                      )
_____)

Opinion filed June 8, 2018.

Appeal from the Circuit Court for
Hillsborough County; Melissa M. Polo,
Judge.

Richard L. Trionfo of Richard L. Trionfo,
P.A., Brandon, for Appellant.

Heather A. Harwell of Law Office of Heather
A. Harwell, P.A., Wesley Chapel, for
Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, KELLY, and BADALAMENTI, JJ., Concur.